UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO. 5:10-CR-209-FL(1) |
| | ) | 5:04-CR-350-FL(1) |
| BOBBY JULIAN BATTS | ) | |

**ORDER**

This Cause comes before the Court upon the Defendant's Motion to Consolidate and for a Continuance of the Arraignment and hearing.

Finding that the interests of Justice are best served by the granting of this Motion, and, for Good Cause Shown, this Motion is GRANTED.

It is further Ordered, pursuant to the provisions of the Speedy Trial Act (18 U.S.C. 3161(c)) that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A).

The Arraignment and hearing of Bobby Julian Batts are continued until this Court's January 2011 term and the Consolidation of both cases is Ordered.

SO ORDERED, this the 26th day of October, 2010.

_____
Louise Flanagan
Chief District Court Judge
Eastern District of North Carolina
New Bern, North Carolina